# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Gerald Lutes**

    vs.

**T. L. Ricks**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:02-CV-1043

____  **JURY VERDICT.**  This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **DECISION BY COURT.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S HABEAS PETITION IS DENIED AND DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S MEMORANDUM-DECISION AND ORDER FILED SEPTEMBER 9, 2005.

Dated: September 9, 2005

Clerk of Court

s/S. Potter
By: Deputy Clerk